# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

_____

**LINDSEY L. COLEMAN,**

               **Plaintiff,**

**v.**                                    **Case No. 14-cv-1614**

**ANEW MANAGEMENT LLC,**

               **Defendant.**

_____

## ORDER

    Plaintiff Lindsey Coleman brought this action against her former employer for violations of Title VII, the Family Medical Leave Act, and the Employee Retirement Income Security Act. In February 2016, shortly after the discovery deadline passed, plaintiff's counsel, Janet Heins of Heins Employment Law Practice LLC, moved to withdraw after I denied her an extension of the discovery deadline. I granted Attorney Heins' withdrawal motion and gave the plaintiff until March 30 to advise me as to whether she had found replacement counsel or intended to proceed pro se.

    On March 9, I received a letter from the plaintiff stating that she could not afford an attorney but that she also was not able to continue pro se. On March 11, I issued an order explaining to plaintiff that I could not advise her or assist her in finding counsel, and I gave the plaintiff until May 10, 2016, to notify me as to whether she had found replacement counsel or intends to proceed pro se. I also warned her that if I did not hear from her, I would dismiss her case for failure to prosecute under Civil L.R. 41(c). Since that order, I have received nothing from the plaintiff. Therefore, I will dismiss this case pursuant to Civil L.R. 41(c).

**THEREFORE, IT IS ORDERED** that this case is dismissed **with prejudice** for failure to prosecute. The Clerk shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 30th day of May, 2016.

s/ Lynn Adelman

_____

LYNN ADELMAN
District Judge